**STATEMENT OF DEFAULT**

Debtor(s): Thomas C. Chirillo                                   Case No. 19 B 30201   Chapter 13

Moving Creditor:   Selene Finance LP                            Date Case Filed: 10/23/2019

Nature of Relief Sought:    ☒ Lift Stay     ☐ Annul Stay     ☐ Other (describe)_____

Chapter 13:    Date of Confirmation Hearing _____ or Date Plan Confirmed    12/16/2019

1. Collateral

    a.   ☒ Home
    b.   ☐ Car
    c.   ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $122,443.47
   Total of all other Liens against Collateral $0

2. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

3. Estimated Value of Collateral (*must* be supplied in *all* cases)   $48,040.00

4. Default

    a.   ☐ Pre-Petition Default
         Number of months _____   Amount $_____

    b.   ☒ Post-Petition Default
         i.   ☐ On direct payments to the moving creditor
              Number of months    3      Amount $1,096.78
         ii.  ☐ On payments to the Standing Chapter 13 Trustee
              Number of months _____   Amount $_____

5. Other Allegations

    a.   ☒ Lack of Adequate Protection §362(d)(1) _____
         i.    ☐ No insurance
         ii.   ☐ Taxes unpaid        Amount $_____
         iii.  ☐ Rapidly depreciating asset _____
         iv.   ☐ Other _____
    b.   ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c.   ☐ Other "Cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe)_____
         ii.   ☐ Multiple filings
         iii.  ☐ Other (describe)_____
    d.   Debtor's Statement of Intention regarding the Collateral
         i.    ☐ Reaffirm       ii.   ☐ Redeem
         iii.  ☐ Surrender      iv.   ☐ No Statement of Intentions Filed

Date: May 15, 2020                                              /s/ Kathryn A. Klein
                                                                Attorney for Secured Creditor